TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00750-CV

James W. Epperson, Appellant

v.

Ely Properties, Inc. d/b/a Ely Property Management and Jose E. Fuentes, Appellees

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-00206
, HONORABLE LORA J. LIVINGSTON, JUDGE PRESIDING

PER CURIAM

 Because appellant has neither paid for nor made arrangements to pay for the clerk's
record, we will dismiss this appeal for want of prosecution. See Tex. R. App. P. 35.3(a)(2).

 The Clerk of this Court filed Appellant's Notice of Appeal on October 25, 1999. 
Notice was received from the Travis County clerk's office on December 6, 1999, that the clerk's
record had not been paid for, nor had arrangements been made. 

 By letter dated January 10, 2000, appellant's attorney was requested to submit a
status report regarding this matter by January 25, 2000, or this appeal may be dismissed for want
of prosecution. Thus far, appellant has failed to respond to this request.

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id. 42.3(b).

Before Chief Justice Aboussie, Justices Kidd and B. A. Smith

Dismissed for Want of Prosecution

Filed: February 10, 2000

Do Not Publish